DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AIU INSURANCE COMPANY,

        *Plaintiff,*

- against -

EASTWIND TRANSPORT LTD., *and*
EASTWIND INVESTMENT CO.,

        *Defendants.*
------------------------------------x



07 Civ. JUDGE PAULEY

**STATEMENT PUSUANT TO F.R.C.P. 7.1**

**07 CIV. 9304**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    American International Group, Inc.

Dated: Rye, New York
      October 16, 2007

                          MALOOF BROWNE & EAGAN LLC

                          By: _____
                          David T. Maloof (DM 3350)
                          Thomas M. Eagan (TE 1713)
                          411 Theodore Fremd Ave., Suite 190
                          Rye, New York 10580-1411
                          (914) 921-1200
                          *Attorneys for Plaintiff*