AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

AIU Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Eastwind Transport Ltd., and
Eastwind Investment Co.

CASE NUMBER: **JUDGE PAULEY**
**07 CIV. 9304**

TO: (Name and address of Defendant)

Eastwind Investment Co.
444 Madison Avenue, Suite 200
New York, NY 10022

Eastwind Transport Ltd.
444 Madison Avenue, Suite 200
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

OCT 1 7 2007
DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SUOTHERN DISTRICT OF NEW YORK

AIU INSURANCE COMPANY

Case No.
07 CIV. 9304

V

AFFIDAVIT OF
SERVICE

EASTWIND TRANSPORT LTD., and
EASTWIND INVESTMENT CO.

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On October 18, 2007 at 12:30 p.m. at 444 Madison Avenue, New York, NY 10022, I served the within SUMMONS and COMPLAINT on EASTWIND TRANSPORT CO., defendant therein named, by delivering a true copy of same to JAMES MURRAY, designated agent.

The person served is a white male, gray hair, 55-65 years old, 6'1"-6'2" in height, 195-200 pounds.

Caswell Bryan
License No. 846846

Sworn to before me this
18th day of October 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SUOTHERN DISTRICT OF NEW YORK

AIU INSURANCE COMPANY

V

EASTWIND TRANSPORT LTD., and
EASTWIND INVESTMENT CO.

Case No.
07 CIV. 9304

AFFIDAVIT OF
SERVICE

STATE OF NEW YORK)
COUNTY OF NEW YORK} ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On October 18, 2007 at 12:30 p.m. at 444 Madison Avenue, New York, NY 10022, I served the within SUMMONS and COMPLAINT on EASTWIND INVESTMENT CO., defendant therein named, by delivering a true copy of same to JAMES MURRAY, designated agent.

The person served is a white male, gray hair, 55-65 years old, 6'1"-6'2" in height, 195-200 pounds.

Caswell Bryan
License No. 846846

Sworn to before me this
18th day of October 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20/0

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796