CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendants
Eastwind Transport, Ltd., and
Eastwind Investment Co.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AIU INSURANCE COMPANY,

                Plaintiff,

                07 CV. 9304 (WJP)

v.

**RULE 7.1 STATEMENT**

EASTWIND TRANSPORT LTD., and
EASTWIND INVESTMENT CO.

                Defendants.
-----------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants EASTWIND TRANSPORT LTD. and EASTWIND INVESTMENT CO. are part of the EASTWIND GROUP and affiliated with Eastwind Maritime Group, but there are no corporate parents, subsidiaries, or affiliates of the parties which are publicly held.

Dated: Port Washington, New York
       December 7, 2007

                              CHALOS O'CONNOR & DUFFY
                              Attorneys for Defendants
                              Eastwind Transport, Ltd., and
                              Eastwind Investment Co.

            By: _____
                          Owen F. Duffy (OD-3144)

366 Main Street  
Port Washington, New York 11050  
Tel:     516-767-3600  
Telefax: 516-767-3605  
Email: ofd@codus-law.com