UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AIU INSURANCE CO.,                              :

                              Plaintiff,        :        07 cv 9304 (WHP)(JCF)

                      v.                        :        <u>Order</u>

EASTWIND TRANSPORT LTD., and                    :
EASTWIND INVESTMENT CO.,                        :

                              Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

        The Clerk of the Court is directed to close the order of

reference to Magistrate Judge Francis in the above-captioned

case.

**SO ORDERED:**

                                    _____
                                    **BARBARA S. JONES**
                                    **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          January 25, 2008