# MALOOF BROWNE & EAGAN LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: tbarton@maloofandbrowne.com

**Via Federal Express**

February 25, 2008

Honorable William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007
Tel: (212) 805-6387

FEB 26 2008

      Re:    *AIU Insurance Company v. Eastwind Transport Ltd. and Eastwind Investment Co.*
      Docket No.:   07 Civ. 9304 (WHP)
      Our File:     1402.06

Dear Judge Pauley:

     We are attorneys for Plaintiff and respectfully request, on consent, a 30-day extension of time for the pretrial conference in the captioned matter. This case is currently scheduled for a pretrial conference on Friday, February 29, 2008, at 11:15 a.m. This is the first request for an extension of time.

     The parties are in the midst of settlement negotiations, and less than $10,000 separates the parties' respective positions. Plaintiff would appreciate additional time to pursue an amicable resolution of this case.

     We thank the Court for its consideration.

                                    Respectfully submitted,

                                    Todd A. Barton

TAB/bm

CC (via facsimile):

Owen F. Duffy, III
Chalos, O'Connor & Duffy, LLP
Fax: (516) 767-3605
*Attorneys for Defendants*

*Application granted.*
**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
2/28/08

*The pre-trial conference is adjourned to April 1, 2008 at 10:30 a.m.*

F:\WP-DOCS\1402.06\022508 Ext Ltr to J. Pauley.doc