DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

AIU INSURANCE COMPANY,                :

                *Plaintiff,*       :       07 Civ. 9304 (WHP)

   - against -                        :

                                               **STIPULATION AND ORDER**
EASTWIND TRANSPORT LTD., *and*      :       **OF DISMISSAL**
EASTWIND INVESTMENT CO.,

                *Defendants.*      :

------------------------------------x

      The matter in dispute having been settled, it is hereby STIPULATED and AGREED, by and between the respective undersigned counsel for all parties, that all claims in the above-entitled action are hereby DISMISSED, with prejudice and without costs or attorneys fees. Should settlement not be finalized by April 14, 2008, any party may apply to have the action reopened by letter to the Court.

1

Dated:   Rye, New York
         March 15, 2008

                                        MALOOF BROWNE & EAGAN LLC

                                        By: _____
                                          David T. Maloof (DM 3350)
                                          Todd A. Barton (TB 0908)
                                    411 Theodore Fremd Avenue, Ste. 190
                                    Rye, NY 10580
                                    Tel: (914) 921-1200
                                    Fax: (914) 921-1023
                                    Email: dmaloof@maloofandbrowne.com
                                                teagan@maloofandbrowne.com
                                    *Attorneys for Plaintiff*

                                      CHALOS, O'CONNOR & DUFFY, LLP

                                      By: _____
                                          Owen F. Duffy, III
                                    Chalos, O'Connor & Duffy, LLP
                                    366 Main Street
                                    Port Washington, NY 11050-3120
                                    Tel: (516)767-3600
                                    Fax: (516)767-3605
                                    Email: ofd@codus-law.com
                                    *Attorneys for Defendants Eastwind*
                                    *Transport Ltd. and Eastwind Investment Co.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

3/21/08